# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Just Funky, LLC, | ) Case No. 5:21-cv-01127-SL |
| Plaintiff, | ) |
| v. | ) Judge: Sara Lioi |
| Boom Trendz, LLC, Melissa Carpenter, and Deepak Tyagi, | ) **JOINT PROPOSED DISCOVERY AND BRIEFING SCHEDULE** |
| Defendants. | ) |

Pursuant to the Court's Order of June 25, 2021 (ECF 15), Plaintiff Just Funky, LLC and Defendants Boom Trendz, LLC, Melissa Carpenter, and Deepak Tyagi, by and through counsel, hereby submit the following joint proposed discovery and briefing schedule in advance of a preliminary injunction hearing:

- Written discovery shall be completed by July 27, 2021.
- Deposition shall be completed by August 10, 2021.
- Plaintiff's brief in support of preliminary injunction shall be filed by August 24, 2021.
- Defendants' briefs in opposition shall be filed by September 7, 2021.
- Plaintiff's reply brief shall be filed by September 14, 2021.

The parties submit this joint proposed schedule without prejudice to their ability to conduct further discovery subsequent to the preliminary injunction hearing consistent with the needs of the case and in accordance with the scheduling order to be set following the case management conference currently scheduled for August 19, 2021.

                                              Respectfully submitted,

| | |
|---|---|
| /s/ *Kimberly L. Hall* (via email consent) | /s/ *Adam E. Primm* |
| Eric T. Michener (0074559) | ADAM E. PRIMM (0086375) |
| Kimberly L. Hall (0090677) | DANIEL CIANCHETTA (0089736) |
| **Critchfield, Critchfield &** | **BENESCH, FRIEDLANDER,** |
|  **Johnston, Ltd.** |  **COPLAN & ARONOFF LLP** |
| 225 N. Market Street | 200 Public Square, Suite 2300 |
| Wooster, OH 44691 | Cleveland, OH 44114-2378 |
| T: 330-264-4444 | T: 216-363-4500 |
| F: 330-263-9278 | F: 216-363-4588 |
| E: michener@ccj.com | E: aprimm@beneschlaw.com |
|    khall@ccj.com |    dcianchetta@beneschlaw.com |
| *Attorneys for Defendants Boom Trendz, LLC and Melissa Carpenter* | *Attorneys for Plaintiff Just Funky, LLC* |

/s/ *Carrie J. Dyer* (via email consent)
Carrie J. Dyer (0090539)
**Mansell Law, LLC**
1457 S. High Street
Columbus, OH 43207
T: 614-610-9899
F: 614-547-3614
E: carrie@manselllawllc.com

*Attorney for Defendant Deepak Tyagi*

## **CERTIFICATE OF SERVICE**

I hereby certify, the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines on July 2, 2021, which will provide notice to the following:

Eric T. Michener
Kimberly Lanae Hall
Critchfield, Critchfield & Johnston, Ltd.
225 North Market Street
P.O. Box 599
Wooster, OH 44691
T: 330-264-4444
F: 330-263-9278
E: khall@ccj.com
   michener@ccj.com

*Attorneys for Boom Trendz, LLC and Melissa Carpenter*

Carrie J. Dyer
Mansell Law, LLC
1457 South High Street
Columbus, OH 43207
T: 614-610-9899
F: 614-547-3614
E: carrie@manselllawllc.com

*Attorney for Deepak Tyagi*

                                                              */s/Adam E. Primm*
                                                               Adam E. Primm